951 A.2d 259

**Kenneth STARKS, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS AND AGENTS THEREOF; John C. Thomas, Superintendent, Jeffrey A. Beard, Secretary Of Corrections, John/Jane Doe, Members Of The Program Review Committee @ Sci–Chester, Appellees.**

Supreme Court of Pennsylvania.

June 16, 2008.

## *ORDER*

PER CURIAM.

AND NOW, this 16th day of June, 2008, the Order of the Commonwealth Court is AFFIRMED.